FILED: March 31, 2016

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 16-1358
(15-01915-5-SWH)

_____

MARJORIE K. LYNCH, Bankruptcy Administrator for the Eastern District of North Carolina

    Appellant

v.

GABRIEL LEVAR JACKSON; MONTE NICOLE JACKSON

    Debtors - Appellees

and

A. SCOTT MCKELLAR

    Trustee

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States Bankruptcy Court for the Eastern District of North Carolina at Raleigh |
| Originating Case Number | 15-01915-5-SWH |
| Date notice of appeal filed in originating court: | 03/31/2016 (Date Rule 5 Petition for Permission to Appeal granted) |
| Appellant (s) | Marjorie K. Lynch |
| Appellate Case Number | 16-1358 |

| Case Manager | Michael Radday<br>804-916-2702 |