# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an Application for Admission before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at Register for eFiling.

THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO. __16-1358__ as

[✓] Retained  [ ] Court-appointed(CJA)  [ ] Court-assigned(non-CJA)  [ ] Federal Defender  [ ] Pro Bono  [ ] Government

COUNSEL FOR: Gabriel Levar Jackson; Monte Nicole Jackson

_____ as the
(party name)

[ ] appellant(s)  [✓] appellee(s)  [ ] petitioner(s)  [ ] respondent(s)  [ ] amicus curiae  [ ] intervenor(s)  [ ] movant(s)

/s/ Robert Lee Roland, IV
(signature)

Robert Lee Roland, IV            919-847-9750
Name (printed or typed)          Voice Phone

Law Offices of John T. Orcutt, P.C.   919-847-3439
Firm Name (if applicable)             Fax Number

6616 Six Forks Road, Suite 203

Raleigh, North Carolina 27615        lroland@johnorcutt.com
Address                               E-mail address (print or type)

## CERTIFICATE OF SERVICE

I certify that on __4/12/2016__ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

| | |
|---|---|
| Brian Charles Behr<br>Marjorie K. Lynch, Bankruptcy Administrator for the<br>Eastern District of North Carolina<br>434 Fayetteville Street, Suite 640<br>Raleigh, North Carolina 27601 | A. Scott McKellar<br>Battle, Winslow, Scott & Wiley, PA<br>P.O. Box 7100<br>Rocky Mount, North Carolina 27804-0100 |

/s/ Robert Lee Roland, IV                       4/12/2016
Signature                                        Date

01/19/2016 SCC