UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-1358
(15-01915-5-SWH)

_____

MARJORIE K. LYNCH, Bankruptcy Administrator for the Eastern District of North Carolina,
 Appellant,

v.

GABRIEL LEVAR JACKSON; MONTE NICOLE JACKSON,
 Debtors - Appellees,

and
A. SCOTT MCKELLAR,
 Trustee.

_____

CONSENT MOTION FOR EXTENSION OF BRIEFING DEADLINES
_____

NOW COMES Appellant, the Bankruptcy Administrator for the Eastern District of North Carolina, Marjorie K. Lynch, by and through undersigned counsel, and pursuant to Local Rule of Appellate Procedure 31(c) respectfully moves for an order extending the deadline for filing her opening brief and appendix from May 10, 2016 until May 24, 2016, and the deadline for the appellees to file their reply brief from June 13, 2016 to June 27, 2016, for the following reasons:

1

1. On March 28, 2016, lead counsel for the appellant was injured in an automobile accident. As a result of the automobile accident, lead counsel sustained injuries that necessitated medical leave until April 18, 2016.

2. On March 31, 2016, this Court entered the Briefing Order which set a deadline of May 10, 2016 for the Appellant's Opening Brief.

3. While the appellant has endeavored to meet the initial briefing deadline set by this Court, the absence of lead counsel due to the unforeseen circumstances described above has made meeting this deadline an extreme burden.

4. Counsel for the Appellees has consented to this request and the following extended briefing deadlines:

a. Appellant's Opening Brief and Appendix: May 24, 2016;

b. Appellees' Response Brief: June 27, 2016.

WHEREFORE, the Appellant respectfully requests that this Court enter an order extending the time in which the Appellant may file her Opening Brief and Appendix to May 24, 2016, and the time in which the Appellees may file their Response Brief to June 27, 2016. A proposed order is attached.

Respectfully submitted, this the 29th day of April, 2016.

By: /s/ Brian C. Behr
Brian C. Behr
Staff Attorney
NC Bar No. 36616
Bankruptcy Administrator's Office
434 Fayetteville Street, Suite 640

2

Raleigh, NC 27601
(919) 334-3881
(919) 856-4692 – Facsimile
brian_behr@nceba.uscourt.gov
*Attorney for the Appellant*
*Bankruptcy Administrator*

## CERTIFICATE OF SERVICE

I certify that on April 29, 2016, the foregoing document was served on all parties through their counsel of record through the CM/ECF system.

By: /s/ Brian C. Behr
Brian C. Behr
Staff Attorney
NC Bar No. 36616
Bankruptcy Administrator's Office
434 Fayetteville Street, Suite 640
Raleigh, NC 27601
(919) 334-3881
(919) 856-4692 – Facsimile
brian_behr@nceba.uscourt.gov
*Attorney for the Appellant*
*Bankruptcy Administrator*

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-1358
(15-01915-5-SWH)

_____

MARJORIE K. LYNCH, Bankruptcy Administrator for the Eastern District of North Carolina,
 Appellant,

v.

GABRIEL LEVAR JACKSON; MONTE NICOLE JACKSON,
 Debtors - Appellees,

and
A. SCOTT MCKELLAR,
 Trustee.

_____

ORDER
_____

Upon consideration of the Appellant's Consent Motion for Extension of Briefing Deadlines, it is, this ___ day of May, 2016, ORDERED:

(1) that the motion be GRANTED;

(2) that the deadline for filing the appellant's opening brief and appendix is extended to May 24, 2016; and

(3) that the deadline for filing the appellees' response brief is extended to June 24, 2016.

_____